AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BRIGHTSKY LLC dba SIMPLIFI<br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>PLOVER BAY TECHNOLOGIES LTD., PEPLINK INTERNATIONAL LTD., and JV CONNECTIVITY INC.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  9:25-cv-80704 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PLOVER BAY TECHNOLOGIES LTD.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas F. Fleming
> Gardella Alciati
> 80 M. Street SE
> 1st Floor
> Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jun 5, 2025
_____

Angela E. Noble
Clerk of Court

s/ C. A. Weech
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BRIGHTSKY LLC dba SIMPLIFI<br><br>_____<br>*Plaintiff(s)*<br>v.<br>PLOVER BAY TECHNOLOGIES LTD., PEPLINK INTERNATIONAL LTD., and JV CONNECTIVITY INC.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  9:25-cv-80704 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PEPLINK INTERNATIONAL LTD.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas F. Fleming
> Gardella Alciati
> 80 M. Street SE
> 1st Floor
> Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jun 5, 2025
_____

Angela E. Noble
Clerk of Court

*s/ C. A. Weech*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BRIGHTSKY LLC dba SIMPLIFI <br><br><br>*Plaintiff(s)*<br><br>v.<br><br>PLOVER BAY TECHNOLOGIES LTD., PEPLINK INTERNATIONAL LTD., and JV CONNECTIVITY INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   9:25-cv-80704 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    JV CONNECTIVITY INC.
c/o Alan D Friedland CPA PA
1451 W. Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Thomas F. Fleming
> Gardella Alciati
> 80 M. Street SE
> 1st Floor
> Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 5, 2025



**SUMMONS**

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court